Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND J. NORMAN, Appellant. — Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin and O'Malley, JJ., dissent and vote for reversal and dismissal of the information.

ELLA MARIE MORTIMER, Respondent, v. FIRST DIVISION PICTURES, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

LISSY REALTY COMPANY, INC., Respondent, v. M. F. REALTY CORPORATION and Others, Defendants, Impleaded with SARAH EPSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

HYMAN D. BAKER and Others, Appellants, v. WALDORF-ASTORIA REALTY CORPORATION OF NEW YORK and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

MARY F. KIERNAN and Others, Appellants, v. ICELAND, INC., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

JOSEPH AVOLA, Respondent, v. TERESA GENTILE and Others, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

THE UNION BANK OF SCOTLAND, LIMITED, Respondent, v. CLARENCE D. STEWART and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

WASHINGTON NATIONAL BANK OF NEW YORK, Respondent. v. JOSEPH RISKIN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

BENJAMIN MARGOLIS and ALFRED MEADOW, Copartners, etc., Respondents, v. NATIONAL BELLAS HESS CO., INC., a Domestic Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.; Merrell, J., dissents and votes to reverse and grant a new trial on the ground that plaintiffs' sole remedy was an action to recover damages for breach of contract. [139 Misc. 738.]

BENJAMIN MARGOLIS and ALFRED MEADOW, Copartners, etc., Respondents, v. NATIONAL BELLAS HESS Co., INC., a Domestic Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.; Merrell, J., dissents and votes to reverse and grant a new trial.

EMMA TOURETZKY and LOUIS TOURETZKY, Respondents, v. NEW YORK TELEPHONE COMPANY, Appellant, Impleaded with Another.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff Emma Touretzky stipulate to reduce the judgment as entered in her favor to the sum of $5,174.47, and unless plaintiff Louis Touretzky stipulate to reduce the judgment as entered in his favor to the sum of $1,000; in which event the judgment as so modified, and the order appealed from are affirmed, without